IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DEBORAH D. JOHNSON**                                                                              **PLAINTIFF**

**VS.**                                              **5:08CV00282-WRW**

**U.S. SECURITY ASSOCIATES, INC.**                                                    **DEFENDANT**

## JUDGMENT

Based on an Order entered this date granting Defendant's Motion for Summary Judgment (Doc. No. 65), this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 21st day of July, 2010.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE